IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MAXINE DROOK AND
JAMES A. DROOK                                                                PLAINTIFFS

v.                          CASE NO. 4:07CV00684 BSM

BRYANT MOTEL, INC., d/b/a
SUPER 8 MOTEL                                                                 DEFENDANT

## ORDER

Upon the consent of the parties and for good cause shown, this action is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED this 23rd day of July, 2008.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE